Decided February 3, 1994

STATE OF CONNECTICUT *v.* HELEN J. LYNCH

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 915 (AC 12330), is denied.

*John F. Cocheo,* in support of the petition.

*Pamela S. Meotti,* deputy assistant state's attorney, in opposition.

Decided February 3, 1994